Matter of Gloria B. v Rachelle B.T. (2023 NY Slip Op 00148)

Matter of Gloria B. v Rachelle B.T.

2023 NY Slip Op 00148

Decided on January 12, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 12, 2023

Before: Kern, J.P., Oing, Scarpulla, Pitt-Burke, Higgitt, JJ. 

Index No. O-02018-21 Appeal No. 17091 Case No. 2022-01293 

[*1]In the Matter of Gloria B., Petitioner-Appellant,
v
Rachelle B.T., Respondent-Respondent. 

Law Office of Thomas R. Villecco, P.C., Jericho (Thomas R. Villecco of counsel), for appellant.

Order, Family Court, New York County (Pamela Scheininger, Court Attorney Referee), entered on or about March 16, 2022, which, upon a finding that respondent committed the family offense of harassment in the second degree, issued a two-year order of protection against respondent in favor of petitioner and the subject child and declined to find aggravating circumstances, unanimously modified, on the law and the facts, to the extent of finding that aggravating circumstances exist and extending the expiration date of the order of protection until January 13, 2027, and otherwise affirmed, without costs.
The court improvidently exercised its discretion in declining to find aggravating circumstances given the evidence that respondent repeatedly violated a final order of protection by sending harassing and intimidating text messages to petitioner and repeatedly calling her and hanging up (see Family Ct Act § 827[a][vii]; Matter of Jaynie S. v Gaetano D., 134 AD3d 473, 474 [1st Dept 2015], lv denied 26 NY3d 917 [2016]; Matter of Angela C. v Harris K., 102 AD3d 588, 589 [1st Dept 2013]). Under all the circumstances, we find that a five-year order of protection is warranted (see Family Ct Act § 842).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 12, 2023